**Abatement Order filed December 15, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00242-CR

_____

**ROBERT JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1617764**

---

## ORDER

The trial court appointed **Thomas Lewis** to represent appellant on appeal. On December 9, 2020, Lewis filed a motion in this court seeking to withdraw as counsel because he has accepted an offer of employment with the Office of the Public Defender in Santa Fe, New Mexico.

An appointed attorney shall represent the defendant until

. . . charges are dismissed, the defendant is acquitted, appeals are exhausted, or the attorney is permitted or ordered by the court to

withdraw as counsel for the defendant after a finding of good cause is entered on the record.

Tex. Code Crim. Proc. Ann. art. 26.04(j)(2).

Accordingly, we **ABATE** this appeal and order as follows:

1. The judge of the 176th District Court shall consider Lewis's request to substitute and shall determine whether appellant wishes and is entitled to appointed counsel.

2. The judge shall see that a record of any hearing is made, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing any orders regarding Lewis's request to withdraw. The records shall be filed with this court by **February 1, 2021**.

3. We will hold Lewis's motion to withdraw pending receipt of the requested records.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket after the requested records are filed in this court.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Hassan.